IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. CR-13-5-BU-SEH |
| vs. | ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |
| ATHALIAH VENUS ALLISON, | |
| Defendant. | |

In accordance with the Findings and Recommendations of the United States Magistrate Judge Jeremiah C. Lynch, to which there has been no objection, and subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P. 11(c)(3), the plea of guilty of the Defendant to Counts I, II and III of the Information is hereby accepted. The Defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 18th day of June, 2013.

SAM E. HADDON
United States District Judge

-1-