PROB 12A
DMT Rev 8-18

# UNITED STATES DISTRICT COURT
## FOR
## DISTRICT OF MONTANA
### Report on Offender Under Supervision



FILED

JUN 7 2019

Clerk, U S District Court
District Of Montana
Helena

**Name of Offender:** Athaliah Venus Allison        **Docket Number:** 0977 2:13CR00005-001

**Name of Sentencing Judicial Officer:** THE HONORABLE SAM E. HADDON
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 11/01/2013

**Original Offense:** 18:1343.F; FRAUD BY WIRE - RADIO - OR TELEVISION, 18:1343.F; FRAUD BY WIRE - RADIO - OR TELEVISION, 18:1028A.F; FRAUD WITH IDENTIFICATION DOCUMENTS

**Original Sentence:** 56 months custody, 36 months supervised release

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** 11/22/2016

## NON-COMPLIANCE SUMMARY

### Background

On 11/01/2013, the defendant appeared for sentencing before THE HONORABLE SAM E. HADDON, UNITED STATES DISTRICT JUDGE, having pled guilty to the offenses of 18:1343.F; FRAUD BY WIRE - RADIO - OR TELEVISION, 18:1343.F; FRAUD BY WIRE - RADIO - OR TELEVISION, 18:1028A.F; FRAUD WITH IDENTIFICATION DOCUMENTS. The offense involved the defendant embezzling large sums of money through unauthorized credit card transactions and business checks while she was the sole bookkeeper at Big Sky Asphalt. The defendant was sentenced to 56 months custody, followed by 36 months supervised release. The defendant began the current term of supervised release on 11/22/2016.

Since that time, the probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special condition:** The defendant shall pay restitution in the amount of $388,755.33. The defendant is to make payments at a rate of $1,000 per month, or as otherwise directed by United States Probation. Payment shall be made to the Clerk, United States District Court, 273 Federal Building, Butte, MT 59701 and shall be disbursed to: Big Sky Asphalt, P.O. Box 835, Bozeman, MT, 59771. |

Report on Offender Under Supervision
Name of Offender: Athaliah Venus Allison
Page 2

### U.S. Probation Officer Action:

This officer is notifying the Court the defendant, Athaliah Venus Allison, is projected to discharge her term of supervision on 11/21/2019.

At the time of this writing, the defendant has paid $9,228.85 in restitution, leaving an outstanding balance of $379,526.48. The remaining balance will not be paid by the end of her supervision. The defendant has maintained employment and has made consistent payments during her term of supervised release. The defendant appears committed to making consistent payments toward this obligation. Additionally, the Financial Litigation Unit of the United States Attorney's Office has confirmed they will have the appropriate measures in place, including the Treasury Offset Program, to assure the defendant is held responsible for the remainder of her obligation. It is recommended the defendant's supervision be allowed to expire as scheduled.

| Reviewed | Respectfully Submitted |
|---|---|
| By: *(signature)* | By: *(signature)* |
| Eric C. Buehler | Kade M Henderson |
| Supervising United States Probation Officer | United States Probation Officer |
| Date: 06/05/2019 | Date: 06/05/2019 |

### ORDER OF COURT

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ Agrees with U.S. Probation Officer's recommendation

*(signature)*
Sam E Haddon
Senior United States District Judge

6/7/19
Date